# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> **(For a Petty Offense)** |
|---|---|
| v. | CASE NUMBER: 13-MJ-00129-DLW-01 <br> US MARSHAL NO: 40205-013 |
| KEVIN M. WOOD | Joshua Mack, appointed <br> (Defendant's Attorney) |

**THE DEFENDANT:** Plead guilty to count 1 of the Amended Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 43 U.S.C. § 1733, 43 C.F.R. § 8365.1-6, 72 Federal Register 9580-2, and C.R.S. § 42-4-1301(1)(b) | Unlawfully Drove or Operated a Motor Vehicle While Impaired by Alcohol or Drugs or Both | 07/05/13 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

December 19, 2013
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

December 30, 2013
Date

DEFENDANT:  KEVIN M. WOOD  
CASE NUMBER:  13-MJ-00129-DLW-01                              Judgment-Page 2 of 6

# PROBATION

The defendant is hereby placed on supervised probation for a term of six (6) months, to be followed by six (6) months unsupervised probation.

The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Monetary Obligations sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).  The defendant shall also comply with the additional conditions on the following page.

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

DEFENDANT: KEVIN M. WOOD
CASE NUMBER: 13-MJ-00129-DLW-01                                               Judgment-Page 3 of 6

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14) The defendant shall provide the probation officer with access to any requested financial information.

## ADDITIONAL CONDITIONS OF SUPERVISION

1) The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of supervision and shall pay the cost of treatment as directed by the probation officer.

2) The defendant shall not consume alcohol or other intoxicants, including the use of marijuana, while under probation supervision.

3) The defendant shall resume traumatic brain injury treatment with Dr. Ed Cotgageorge, Durango, Colorado and sign all releases of information required by the probation officer.

4) The defendant shall not enter any public lands including the National Forest or Bureau of Land Management (BLM) while on probation.

5) The defendant shall not enter the State of New Mexico, except for employment, during the 12-month term of probation.

6) The defendant shall reside with his parents at 590 Horse Thief Lane, Durango, Colorado for the first six months of probation supervision.

DEFENDANT:  KEVIN M. WOOD
CASE NUMBER:  13-MJ-00129-DLW-01                                                                 Judgment-Page 4 of 6

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $25.00 | $0.00 | $0.00 |
| **TOTALS** | $25.00 | $0.00 | $0.00 |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  KEVIN M. WOOD
CASE NUMBER:  13-MJ-00129-DLW-01                                                                                      Judgment-Page 5 of 6

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

The special assessment is due immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment.

DEFENDANT:  KEVIN M. WOOD
CASE NUMBER:  13-MJ-00129-DLW-01                                                                Judgment-Page 6 of 6

## STATEMENT OF REASONS

The court adopts the factual statements and guideline applications in the presentence report.

**Guideline Range Determined by the Court:**

Total Offense Level:  4

Criminal History Category:  I

Imprisonment Range:  0 to 6 months

Supervised Release Range: Not more than 1 year

Fine Range:  $250     to   $5,000

Total Amount of Restitution:  $0.00

The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.