# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For Revocation of Probation) |
| v. | Case Number: 13-MJ-00129-DLW-01 |
| | USM Number: 40205-13 |
| KEVIN M. WOOD | Joshua William Mack, Appointed (Defendant's Attorney) |

**THE DEFENDANT:** Was found guilty of violations 1, 2 and 3.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law: Criminal Possession of an Identification Document and Criminal Possession of a Financial Device | 07/31/14 |
| 2 | Violation of the Law: Theft | 07/31/14 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

September 19, 2014
Date of Imposition of Judgment

_____
Signature of Judge

David L. West, U.S. Magistrate Judge
Name & Title of Judge

September 23, 2014
Date

DEFENDANT: KEVIN M. WOOD
CASE NUMBER: 13-MJ-00129-DLW-01

Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Excessive Use of Alcohol | 07/31/14 |

DEFENDANT: KEVIN M. WOOD
CASE NUMBER: 13-MJ-00129-DLW-01                              Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of five (5) months with **no credit for time served** No supervision to follow term of imprisonment.

The Court recommends that the Bureau of Prisons designate the Defendant to La Plata County Jail and held in general population.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal